UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALYSSA SCHEINER et al.,

        Plaintiff,

  - against -

ACT INC., a/k/a AMERICAN COLLEGE
TESTING, INC.,

        Defendant.
-------------------------------------------------------------X

**JUDGMENT**
10-CV-0096 (RRM) (RER)

    A Memorandum and Order of the undersigned having been issued this day granting defendant's motion to dismiss and ordering that all claims brought by plaintiff as against defendant be dismissed with prejudice, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

    ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       February 24, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge